### 40666.   WALTHER v. WALTHER.

NICHOLS, Presiding Judge. The Supreme Court in transferring this case to the Court of Appeals held that the questions raised in the bill of exceptions were not properly raised in the lower court. Accordingly, the judgment of the trial court must be

*Affirmed. Hall and Russell, JJ., concur.*

Decided May 6, 1964.

*John J. Sullivan,* for plaintiff in error.

*Andrew J. Ryan, Jr., Solicitor General, Sylvan A. Garfunkel, Assistant Solicitor General,* contra.